IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA RESTAURANT OWNERS AGAINST LOCKDOWN, LLC 1223 Walnut Street Philadelphia, PA 19107 | : : : : : | |
| Plaintiff, | : : | Civil Action No.: 2:20-CV-5809 |
| v. | : : | |
| JAMES KENNEY, in his official capacity as Mayor of the City of Philadelphia City Hall, Rm. 204 Philadelphia, PA 19107 | : : : : : | EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTION WITHOUT NOTICE PURSUANT TO RULE 65 |
| AND | : : | |
| CITY OF PHILADELPHIA 1515 Arch Street, Suite 15 Philadelphia, PA 19102 | : : : : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2020, upon the Emergency Motion for Temporary Restraining Order and Injunction without Notice against Defendants, James Kenney, in his official capacity as Mayor of the City of Philadelphia, and the City of Philadelphia, filed by Plaintiff, Philadelphia Restaurant Owners Against Lockdown, LLC, Plaintiff's Supporting Memorandum of Law, Plaintiff's Complaint, the Affidavit of Stavros Vasiliadis, and the Certification of Brian E. Fritz, Esquire, and having held a hearing on _____, 2020, the Court finds that Plaintiff has established that:

1. There is a substantial likelihood that the Plaintiff will succeed on the merits of its claims against the Defendants;

2. The Plaintiff will suffer immediate and irreparable harm if the Defendants' unlawful and unconstitutional conduct remains unabated, namely the Constitutional violations as alleged in Plaintiff's Complaint, the taking of property, the closure of business, and the loss of their livelihood;

3. The irreparable injury the Plaintiff faces outweighs the injury that the Defendants will sustain as a result of the immediate injunctive relief; and

4. The public interest will be served by the granting of the immediate injunctive relief.

**WHEREFORE, IT IS HEREBY ORDERED THAT** the Emergency Motion for Temporary Restraining Order and Injunction without Notice is **GRANTED**. Accordingly, the Defendants are hereby bound and enjoined from enforcing the ban on indoor dining at restaurants located within the City and County of Philadelphia for the duration of this Temporary Restraining Order.

**IT IS HEREBY FURTHER ORDERED THAT:**

1. A hearing is set on Plaintiff's Motion for Preliminary Injunction to be hold on _____, 2020 at _____ o'clock a.m./p.m. in Courtroom _____ of the United States District Court for the Eastern District of Pennsylvania.

2. The hearing will/will not be held using remote video-conference technology.

3. Plaintiff, by and through their attorney, Fritz & Bianculli, LLC, shall provide notice of this Order, and, to the extent they have not already, make service of all papers upon the Defendants.

4. This Temporary Restraining Order is entered at _____a.m./p.m. and shall remain in effect pursuant to Rule 65 of the Federal Rules of Civil Procedure, unless otherwise modified by an Order of this Court.

SO ORDERED.

ENTERED this_____ day of_____, 2020.

_____
U.S.D.J.